## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond     Division

In re:

    Robert D. Curtis                                     Case No. 16-32241-KRH

    Kim J. Curtis

    Debtor(s)                                        Chapter 13

4621 Treely Road
Chester, VA 23831

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any): 2502, 7153

### NOTICE OF MOTION

Debtor(s), by counsel, have filed papers with the court to Extend the Automatic Stay.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sough in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then or before **May 30, 2016** (14 days), you or your attorney must:

    ☑ File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                    Clerk of Court
                    United States Bankruptcy Court
                    701 E. Broad St.
                    Richmond, VA 23219

        You must also mail a copy to:

                    Winslow & McCurry, PLLC
                    1324 Sycamore Square Ste. 202C
                    Midlothian, VA 23113

Colonial Heights, VA 23834

☐   Attend a hearing to be scheduled at a later date.  You will receive a separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☑   Attend the hearing on the motion (or objection) scheduled to be held **June 1, 2016** at **12:00 pm** the United States Bankruptcy Court, 701 E. Broad St, Courtroom 5000, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: May 16, 2016                              /s/ Christopher M. Winslow
                                                Christopher M. Winslow, Esq.#76156
                                                Winslow & McCurry, PLLC
                                                1324 Sycamore Square Ste. 202C
                                                Midlothian, VA 23113
                                                Ph: (804) 423-1382
                                                Counsel for Debtor(s)

Certificate of Service

I hereby certify that I have, this May 16, 2016, mailed or delivered by electronic means a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

                                                /s/ Christopher M. Winslow
                                                Counsel for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:

      Robert D. Curtis
      Kim J. Curtis

                                       Case No: 16-32241-KRH

      Debtor(s)                            Chapter 13

**MOTION TO EXTEND THE AUTOMATIC STAY AND**
**MEMORANDUM IN SUPPORT THEREOF**

      **COMES NOW** the Debtor(s), by counsel, and offer the following Memorandum in Support of Debtor(s) Motion to Extend Automatic Stay:

**JURISDICTION**

      1.   Jurisdiction of this Court over the instant matter is based upon 28 U.S.C. §1334 and 157 in that this action arises in and relates to the bankruptcy case of the Debtor(s).

      2.   This proceeding is a core proceeding under 28 U.S.C. §157(b)(2)(A), (B), (K), and (O).

      3.   Venue is proper pursuant to 28 U.S.C. §1409.

**BACKGROUND FACTS**

      4.   On 5/3/2016 (hereinafter the "Petition Date") , the Debtor(s) filed in this Honorable Court a petition for relief under Chapter 13 of the Bankruptcy Code, 11 U.S.C. § 1301 et seq. (the "instant case").

      5.   Suzanne E. Wade was appointed to serve as Chapter 13 trustee in this case (the "Trustee").

      6.   Within the year prior to filing the instant case, Debtor(s) have been Debtor(s) in one (1) pending Chapter 13 bankruptcy case (the "previous case"), which was filed on 9/9/2014 and dismissed on 4/15/2016.  (Case No. 14-34870-KRH).

      7.   The previous case was dismissed by the court for default in making payments under the Plan.

## FACTS OF THE INSTANT CASE

8.    In the instant case, Debtor(s) have proposed a Chapter 13 Plan (the "Plan") that commits to pay the Trustee all projected disposable income, $200.00 for 5 months then $1,315.00 per month, for a period of 53 months. Other than administrative expenses, the Plan proposes the following:

      a.   To pay the secured claim of $9,560.00

      b.   To pay to the priority unsecured creditors $46,000.00

      c.   To pay to the priority unsecured creditors $1,170.00

      d.   To pay a dividend to non-priority unsecured creditors of 1.51%, which claims are estimated to be approximately $139,600.90.

## DISCUSSION

9.   Because the instant case was filed within one (1) year of the dismissal of the previous case, the automatic stay will expire in the instant case on 6/3/2016, unless the Court extends the automatic stay pursuant to 11 U.S.C. §362 (c)(3)(A) and (B).

10. Pursuant to the provisions of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 ("BAPCPA"), the Debtor(s) must demonstrate to the Court that the instant case was filed in good faith in order to obtain an extension of the automatic stay pursuant to 11 U.S.C. §362 (c)(3)(B).

11.  If the Court finds grounds for presuming the instant case was filed "not in good faith" §362(c)(3)(C) would impose a burden on Debtor(s) to overcome such presumption and prove good faith by clear and convincing evidence.  If, however, the Court finds no grounds for presuming the instant case was filed "not in good faith," Debtor(s) must merely prove good faith by a preponderance of the evidence.   In re Havner, 336 B.R. 98, 103 (Bankr. M.D.N.C. 2006); In re Ball, 336 B. R. 268, 273 (Bankr. M.D.N.C. 2006)

12.  Within the context of motions to continue the automatic stay pursuant to §362(c)(3), In re Chaney, 362 B.R. 690, 694 (Bankr. E.D. Va. 2007) instructs that the term "good faith" was defined judicially in the Fourth Circuit by Deans v. O'Donnell,

692 F.2d 968, 972 (4th Cir. 1982), further refined by <u>Neufeld v. Freeman</u>, 794 F.2d 149,

152 (4th Cir. 1986), and left unchanged by Congress when it created §362(c)(3). <u>Chaney</u>

at 694.

13.  Pursuant to <u>Neufeld v. Freeman</u>, good faith determinations require courts to

consider, *inter alia*, "the percentage of proposed repayment, the Debtors' financial

situation, the period of time the payment will be made, the Debtors' employment history

and prospects, the nature and amount of unsecured claims, the Debtors' past bankruptcy

filings, the Debtors' honesty in present facts, and any unusual or exceptional problems

facing the particular Debtors." <u>Id</u>. at 152, *citing* <u>Deans v. O'Donnell</u>, 692 F.2d 968, 972

(4th Cir. 1982).  The focus of the inquiry is "to determine whether or not, considering 'all

militating factors,' there has been 'an abuse of the provisions, purpose, or spirit' of

Chapter 13 in the proposal or plan." <u>Neufeld</u>, 794 F.2d at 152, *citing* <u>Deans</u> at 972 and

*quoting* 9 Collier on Bankruptcy 9.20 at 319 (14th ed. 1978).

14.  In order to apply the Fourth Circuit's definition of good faith in determining

whether the automatic stay should be extended pursuant to §362(c)(3),

> "the court must be satisfied that the plan in the new case will succeed where the
> plan in the prior case did not.  Usually this will require a find that some change in
> the financial or personal affairs of the debtor has occurred that will allow the
> debtor to perform under the terms of the plan in the new case.  But the inquiry
> does not end there.  The court needs to determine that the repetitive filing does not
> violate the spirit of the Bankruptcy Code.  The new case must not be a ploy to
> frustrate creditors.  It must represent a sincere effort on the part of the debtor to
> advance the goals and purposes of chapter 13"

<u>Chaney</u> at 694.

## ARGUMENT

15. In the case *sub judice*,  there is a presumption that the instant case was filed

"not in good faith" as to all creditors.  Therefore, Debtor(s) must prove by clear and

convincing evidence that the instant case was filed in good faith.

16. In the instant case, the Debtor(s) have acted in good faith, and Debtor(s)

Requests that the Court grant an extension of the automatic stay as to all creditors, as to

Debtor(s) and Debtor(s)' property, and as to the property of the estate for the duration of

the instant case.  In support thereof, Debtor(s) submit an Affidavit, which is attached

hereto as Exhibit "A' and incorporated hereby by reference thereto.

17.  Applying the <u>Neufeld</u> factors to the Debtor(s)' circumstances and to this case leads to the following conclusions:

  a.  *Percentage of proposed repayment* – The Plan proposes to pay a dividend of 1.51% to non-priority unsecured creditors.  Such creditors would receive a dividend of 0% if Debtor(s) were to file a Chapter 7 bankruptcy case.  Application of this factor favors a finding of good faith.

  b.  *Debtors' financial situation* – The Debtors' financial situation is now sufficient to allow them to maintain an average standard of living for themselves, and to complete the terms of the Chapter 13 Plan.

    (1)  Debtor(s) have income from photography and event planning.

    (2)  Debtor(s) expect their income to increase within the next year due to wife seeking additional employment in real estate.

  Furthermore, they have no extraordinary expenses and are not maintaining any expenses that are not necessary for their maintenance and support.  Application of these factors favors a finding of good faith.

  c.  *Period of time payment will be made* – The period of time in which payments will be made is reasonable and is based upon the Debtors' best efforts.   Application of these factors favors a finding of good faith.

  d.  *Debtors' employment history and prospects* – The Debtor(s)' income sources demonstrates that the proposed Chapter 13 Plan is feasible and in good faith.  Application of these factors favors a finding of good faith.

  e.  *Nature and amount of unsecured claims* – Likewise, the nature and amount of the Debtors' unsecured debt demonstrates their good faith.

(1) Debtor(s) unsecured, non-priority debts are estimated to be approximately $87,030.90 and are proposed to be repaid at 1.51%.

f.   *Debtors' past bankruptcy filings* - The instant Motion is required due to the fact that the Debtors have filed more than one (1) bankruptcy case.  However, the Debtors' bankruptcy history does not indicate a lack of good faith.  The Affidavit attached hereto as Exhibit "A" describes fully the reasons that the previous case was dismissed.  Debtor(s) incorporate such explanation herein by this reference.  Debtor(s)' hardships do not indicate an abuse of the bankruptcy system; rather, they indicate an honest but thus far unsuccessful attempt to financially reorganize.  Application of this factor favors a finding of good faith

g.   *Debtors' honesty in representing the facts* – The Debtor(s) have fully disclosed all assets, liabilities, and pertinent information regarding their personal and financial affairs.  Application of this factor favors a finding of good faith.

h.   *Any unusual or exceptional problems facing the particular Debtors* – There are no unusual or exceptional problems facing the Debtor(s).  Application of this factor favors a finding of good faith.

18.  Debtor(s) assert that the instant case does not "violate the spirit of the Bankruptcy Code" and it is not "a ploy to frustrate creditors"; rather, it represents "a sincere effort on the part of the Debtor(s) to advance the goals and purposes of chapter 13".  See Chaney at 694.  In support hereof, Debtor(s) assert the following additional arguments:

a.   *The timing of the petition* - Between the dismissal of the previous case and the instant case, Debtor did not act in a manner so as to purposely delay payment of debts and did not delay in filing the instant case so as to intentionally frustrate creditors.  Debtor(s)' actions in this regard indicate an intent to use the bankruptcy system to resolve debts in an

appropriate manner.  Application of this factor favors a finding of good faith.

b.  *How the Debt(s) arose* – The debts in this case arose primarily over a period of time extending back several years.  The debts were not the result of misuse of credit or luxury spending; rather, they arose as a result of ordinary living expenses that Debtor(s) became unable to repay.  Application of this factor favors a finding of good faith.

c.  *The Debtor's motive in filing the petition* – Debtor(s)' motive in filing this case is to apply best efforts to repay creditors and receive a fresh start through bankruptcy. Application of this factor favors a finding of good faith.

d.  *How the Debtor's actions affected creditors* – The Plan provisions and treatment of creditors are generally described in paragraph 8, *supra*. This factor will rarely favor a debtor as to the finding of good faith, because "filing for bankruptcy relief will almost always prejudice one's creditors."  Galanis, 334 B.R. at 696.

e.  *Changes in circumstance and ability to complete this case* – The Affidavit attached hereto as Exhibit "A" describes fully the Debtor(s)' changes in circumstances and explains both the legitimate bases for the filing of this case as well as the Debtor(s)' ability to complete this case.  Debtor(s) incorporate such explanations herein by this reference. Application of this factor favors a finding of good faith.

WHEREFORE, the Debtors respectfully requests this Honorable Court to enter an Order extending the automatic stay as to all creditors, as to Debtor(s) and Debtor(s)' property, and as to the property of the estate for the duration of the instant case, and for such other and further relief as to the Court shall be deemed appropriate.

Respectfully submitted,
Robert D. Curtis
Kim J. Curtis


By:      /s/ Christopher M. Winslow, Esquire

Christopher M. Winslow

Winslow and McCurry, PLLC
1324 Sycamore Square
Ste. 202C
Midlothian, VA 23113
Phone: (804) 432-1382
Fax: (804) 432-1383

## CERTIFICATE OF SERVICE

I certify that on May 16, 2016, a copy of this Memorandum in Support of Debtor(s)' Motion to Extend the Automatic Stay was mailed via first-class mail, postage full pre-paid, to the Chapter 13 Trustee, Suzanne E. Wade, P.O Box 1780 Richmond, VA 23218 the United States Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219 and all creditors as set forth on the attached mailing matrix.

/s/ Christopher M. Winslow
Christopher M. Winslow, Esquire
Counsel for Debtor(s)

## LIST OF CREDITORS

**Affiliated Dermatologists**
of Virginia
7813 Shrader Rd.
Henrico, VA 23294-0000

**Alcoa Billing**
3429 Regal Drive
Alcoa, TN 37701-0000

**Alcoa Billing Center**
3429 Regal Drive
Alcoa, TN 37701-0000

**American Credit Bureau**
2755 S Federal Hwy
Boynton Beach, FL 33435-0000

**American Medical Collection**
2269 S. Saw Mill River Road
Building 3
Elmsford, NY 10523-0000

**American Medical Lab Corp**
P.o. Box 2240
Burlington, NC 27216-0000

**Andrea Gonzaliz, M.D.**
13700 St. Francis Blvd.
Suite 505
Midlothian, VA 23114-0000

**Appomattox River Medical**
8002 Discovery Dr.
Suite 311
Henrico, VA 23229-0000

**Appomattox River Medical**
Hopewell Medical Center
815 W. Poythress St.
Hopewell, VA 23860-0000

**Aspen Collections**
P.O. Box 10689
Brooksville, FL 34603-0000

**Astoria Federal Savings & Loan**
Association

1 Corporate Dr. Ste.
360
Lake Zurich, IL
60047-0000

**AT & T**
P.O. Box 1954
Southgate, MI 48195-
0000

**Bank of America**
P.O. Box 26078
Greensboro, NC
27420-0000

**Barclays Bank
Delaware**
125 S West St
Wilmington, DE
19801-0000

**Bby/Cbna**
50 Northwest Point
Road
Elk Grove Village, IL
60007-0000

**Bcc Financial
Management Srv.**
3230 W Commercial
Blvd Ste 200
Fort Lauderdale, FL
33309-0000

**BetterMeds Urgent
Care**
P.O. Box 6341
Richmond, VA
23230-0000

**Bk Southsi**
Po Box 40
Carson, VA 23830-
0000

**Bolling Brook
Properties**
P.o. Box 732
Chesterfield, VA

23832-0000

**Bon Secours**
P.O. Box 28538
Richmond, VA
23228-0000

**Bon Secours St.
Francis Med Ctr**
c/o Patrick F. Heinen,
Esq.
Spinella, Owings &
Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294

**Cac Financial Corp**
2601 Nw Expwy
Oklahoma City, OK
73112-0000

**Cap One**
P.O. Box 85520
Richmond, VA
23285-0000

**Cap1/Bstby**
26525 N Riverwoods
Blvd
Mettawa, IL 60045-
0000

**Capital Recovery V,
LLC**
c/o Recovery
Management Sys.
25 SE 2nd Avenue
Ste. 1120
Miami, FL 33131-
0000

**Caudle & Ballato**
3123 West Broad
Street
Richmond, VA
23230-0000

**Cawthorn,
Deskevich & Gavin**

9701 Metropolitan Ct.
Ste. C
Richmond, VA
23236-0000

**Central Florida
Pathology Asso**
P.O. Box 140987
Pomona Park, FL
32181-0000

**Chatham Hair
Design**
417 Pratt St.
Fredericksburg, VA
22405-0000

**Chesterfield County
- Taxes**
Richard A. Cordle,
Treasurer
P.O. Box 26585
Richmond, VA
23285-0088

**Chesterfield Fire &
EMS**
Post Office Box 70
Chesterfield, VA
23832-0000

**Citgo/Cbna**
Po Box 6497
Sioux Falls, SD
57117-0000

**City of Richmond**
Collections
Department
Post Office Box
26505
Richmond, VA
23216-0000

**City of Richmond
Citations**
900 E. Broad Street
Collection Div - Rm

102
Richmond, VA
23219-0000

**CJW Medical
Center**
Post Office Box
99008
Bedford, TX 76095-
0000

**Clean Care**
15600 Jefferson Davis
Hwy
Colonial Heights, VA
23834-0000

**CMRE Financial
Services, Inc.**
3075 E. Imperial Hwy
# 200
Brea, CA 92821-0000

**Colonial Heights
Fire & EMS**
P. O. Box 62349
Virginia Beach, VA
23462-0000

**Colonial Heights
Medical Ctr**
3512 Boulevard
Colonial Heights, VA
23834-0000

**Comcast**
PO BOX 3002
Southeastern, PA
19398-0000

**Comenity
Bank/Dtyfr.Cm**
Po Box 182789
Columbus, OH
43218-0000

**Comenity
Bank/Peebles**
Po Box 182789

Columbus, OH
43218-0000

**Comenity
Bank/Vctrssec**
Po Box 182789
Columbus, OH
43218-0000

**Commonwealth
Anesthesia Assoc.**
P.O. Box 35808
Richmond, VA
23235-0000

**Commonwealth Lab
Consultants**
Post Office Box
36559
Richmond, VA
23235-0000

**Commonwealth
Radiology**
1508 William Lawn
Drive
Suite 117
Richmond, VA
23230-0000

**CoventryOne**
P.O. Box 31210
Tampa, FL 33631-
0000

**Credit Adjustment
Bo**
306 East Grace Street
Richmond, VA
23219-0000

**Credit Adjustment
Board**
306 East Grace Street
Richmond, VA
23219-0000

**Credit Adjustment
Board, Inc.**

8002 Discovery Dr.
Ste. 311
Richmond, VA
23229-0000

**Credit Protection
Asso**
13355 Noel Rd Ste
2100
Dallas, TX 75240-
0000

**Darleene A. Hicks**
6378 Manassas Drive
Chesterfield, VA
23832-0000

**David Lunger**
4157 Chain Bridge
Rd
Fairfax, VA 22030-
0000

**Direct Path**
13355 Noel Rd Ste
2100
Dallas, TX 75240-
0000

**Discover Bank**
P.O. Box 3025
New Albany, OH
43054-0000

**District 19 Com
Services Board**
20 W. Bank Street
Suite 2
Petersburg, VA
23803-0000

**Dominion
Endodontics**
6037 Harbour Park
Dr.
Midlothian, VA
23112-0000

**Dominion Law**

**Associates**
P.O. Box 62719
Virginia Beach, VA
23462-0000

**Dominion VA Power**
P.O. Box 26543
Richmond, VA
23290-0001

**Dr. Mark Pinsky**
3333 S. Crater Rd.
Petersburg, VA
23805-0000

**Dr. Russell Handy**
5875 Bremo Road
Suite G-5
Richmond, VA
23226-0000

**eCast Settlement Corp.**
P.O. Box 29262
New York, NY
10087-0000

**Emergency Coverage Corp.**
P.O. Box 5406
Cincinnati, OH
45273-0000

**Emergency Medical Services**
P.O. Box 1658
Chesterfield, VA
23832-0000

**Emergency Physicians**
Immediate Care
Center
P.O. Box 6341
Richmond, VA
23230-0000

**Female Pelvic**

**Medicine**
Institute of VA
1401 Johnston Willis
Dr. #1100
Richmond, VA
23235-0000

**Fia Csna**
P.O. Box 17054
Wilmington, DE
19884-0000

**Fingerhut**
11 McLeland Road
Post Office Box 2900
Saint Cloud, MN
56395-0000

**Florida Cardiology, PA**
P.O. Box 534405
Atlanta, GA 30353-0000

**Florida Hospital Medical Group**
P.O. Box 538600
Orlando, FL 32853-0000

**Floyd P. Goode**
6378 Manassas Drive
Chesterfield, VA
23832-0000

**Focused Recovery Solution**
9701 Metropolitan Ct
Suite B
Richmond, VA
23236-3662

**Fort Lee Federal Credit Union**
4495 Crossings Blvd
Prince George, VA
23875-0000

**Fredricksburg**

**Credit Bureau**
10506 Wakeman
Drive
Fredericksburg, VA
22407-0000

**Gastrointestinal Specialists**
2369 Staples Mill
Road
2nd Floor
Richmond, VA
23230-0000

**Genes Appliance**
P.O. Box 2608
Chester, VA 23831-0000

**H&K Enterprise**
P.O. Box 278
Paris, TN 38242-0000

**Harris & Harris Ltd**
111 W Jackson Blvd
S-400
Chicago, IL 60604-0000

**Healthcare Revenue Recovery Gr**
P.O. Box 459080
Fort Lauderdale, FL
33345-0000

**Home Choice Partners**
P.O. Box 416915
Boston, MA 02241-0000

**Hopewell Medical Center**
815 W. Poythress
Street
Hopewell, VA 23860-0000

**Horizon Financial Management**
8585 S. Broadway
Suite 880
Merrillville, IN
46410-0000

**HRRG**
P.O. Box 459080
Sunrise, FL 33345-0000

**Ibo Credit Services**
1100 Charles Ave Ste. 200
Dunbar, WV 25064-0000

**James D. Bates, Jr.**
P.O. Box 65
Oilville, VA 23129-0000

**James D. Bates, Jr.**
c/o Carl C. Muzi
7601 Midlothian Turnpike
N. Chesterfield, VA 23235-0000

**James River Hospitalist Group**
P.O. Box 660827
Dallas, TX 75266-0000

**JLR Anesthesia Associates**
P.O. Box 948075
Maitland, FL 32794-0000

**John Randolph Hospital**
Post Office Box 13620
Richmond, VA 23225-0000

**John Randolph Medical Center**
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

**JpMorgan Chase Bank**
3415 Vision Drive
Columbus, OH 43219-0000

**Lab Corp**
P.O. Box 2240
Burlington, NC 27216-0000

**Law Office of George Gusses**
33 S. Huron St.
Toledo, OH 43604-0000

**Lee Memorial Health Systems**

**Linebarger Goggan Blair &**
Sampson, LLC
4828 Loop Central Dr. #600
Houston, TX 77002-0000

**Mary View Medical Center**
1701 High Street
Portsmouth, VA 23704-0000

**Mary View Medical Hospital**
3429 Regal Drive
Alcoa, TN 37701-0000

**MCV Hospital**
P.O. Box 758721

Baltimore, MD 21275-0000

**MCV Hospitals**
P.O. Box 980462
Richmond, VA 23298-0000

**MCV Physicians**
P.O. Box 91747
Richmond, VA 23291-0000

**MCV Physicians**
PO Box 91747
Richmond, VA 23291-0000

**Mcydsnb**
9111 Duke Blvd
Mason, OH 45040-0000

**Medical Center Radiologist, In**
P.O. Box 37
Indianapolis, IN 46206-0000

**Medical Transport LLC**
P.O. Box 2841
Norfolk, VA 23501-0000

**Medicine Institute of Virginia**
1401 Johnston Willis Dr.
Ste 1100
Richmond, VA 23235-0000

**Merchants Association**
Collection Division
P.O. Box 1233
Winter Haven, FL 33880-0000

**MHNet Specialty Services**
P.O. Box 209010
Austin, TX 78720-0000

**MiraMed Revenue Group**
255 W. Michigan Ave.
Jackson, MI 49201-0000

**Nationwide Credit Corporation**
P. O. Box 1022
Wixom, MI 48393-0000

**One Hampton Medical**
3475 Momentum Place
Chicago, IL 60689-0000

**Outsourcing LLC**
P.O. Box 549
Lutherville Timonium, MD 21094-0000

**Parrish & Lebar**
Five East Franklin Street
Richmond, VA 23219-0000

**Parrish & Lebar LLP**
5 East Franklin Street
Richmond, VA 23219-0000

**Partners FCU**
c/o Edward S. Whitlock, III
10160 Staples Mill

Rd. Ste 105
Glen Allen, VA 23060-0000

**PASI**
P.O. Box 188
Brentwood, TN 37024-0188

**Patient First**
5000 Cox Road Suite 100
Glen Allen, VA 23060-0000

**Patient First**
P. O. Box 8630
Richmond, VA 23226-0000

**Patient First**
P.O. Box 758941
Baltimore, MD 21275-8941

**Pocahontas 895**
P.O. Box 7693
Richmond, VA 23231-0000

**Portfolio Recovery Associates**
P.O. Box 12914
Norfolk, VA 23541-0000

**Portsmouth Fire & Rescue**
P.O. Box 758941
Baltimore, MD 21275-0000

**Prime Rate Premium Finance**
P.O. Box 100507
Columbia, SC 29201-0000

**Professional**

**Emergency Care**
P.O. Box 3475
Toledo, OH 43607-0000

**Radiology Spc. of Florida**
P.O. Box 264552
Orlando, FL 32886-0000

**Rafael Amay**
6378 Manassas Drive
Chesterfield, VA 23832-0000

**RBH Medical Clinic**
Raphael Agada, MD
3611 Boulevard
Colonial Heights, VA 23834-0000

**Receivable Management**
7206 Hull Street Rd Ste
North Chesterfield, VA 23235-0000

**Receivable Management**
7206 Hull Street Rd Ste 211
Richmond, VA 23235-0000

**Receivable Management**
7206 Hull Street Rd Ste
Richmond, VA 23235-0000

**Receivables Management Systems**
P.O. Box 8630
Richmond, VA

23226-0630

**Remax Allegiance**
4157 Chain Bridge
Rd.
Fairfax, VA 22030-
0000

**Richmond Gastro
Assocs.**
P.O. Box 14000
Belfast, ME 04915-
0000

**Richmond Health
System**
P. O. Box 11302
Richmond, VA
23230-1302

**Richmond Infectious
Disease**
1370 St. Francis
Blvd.
Suite 505
Midlothian, VA
23114-0000

**Rivers Bend
Hospitals**
3611 Boulevard
Colonial Heights, VA
23834-0000

**Rjm Acq Llc**
575 Underhill Blvd
Ste 224
Syosset, NY 11791-
0000

**ROI Receivables**
1920 Greenspring Dr.
Ste. 200
Lutherville
Timonium, MD
21093-0000

**Russell Handy, MD**
5875 Bremo Road

Suite 701
Richmond, VA
23226-0000

**Sears/Cbna**
133200 Smith Rd
Cleveland, OH
44130-0000

**Sentry Early
Warning Systems**
c/o Caudle & Caudle
PC
3123 West Broad St.
Richmond, VA
23230-0000

**Servpro of
Chesterfield**
523 Branchway Road
Richmond, VA
23236-0000

**Servpro of
Chesterfield**
12001 Deerhill Road
Midlothian, VA
23112-0000

**Servpro of
ChesterfieldRegAge
n**
A. Donald Ford Jr.
2727 Buford Rd. Ste.
A
Richmond, VA
23235-0000

**Shirley L. Hennessy-
Reveley**
Hennessy-Reveley &
Associates
10305 Memory Lane,
Suite 102
Chesterfield, VA
23832-0000

**Solstas Lab**

**Partners**
P.O. Box 830740
Birmingham, AL
35283-0000

**Southside Regional
Medical Cen**
200 Medical Park
Boulevard
Petersburg, VA
23805-0000

**Spinella, Owings &
Shaia**
8550 Mayland Drive
Richmond, VA
23294-4704

**Sprint**
Attn: Bankruptcy
Dept
P.O. Box 3326
Englewood, CO
80155-0000

**St. Francis Medical
Center**
P.O Box 28538
Henrico, VA 23228-
0000

**Stanley Holmes**
P.O. Box 732
Chesterfield, VA
23832-0000

**Steam Rite Carpet**
306 East Grace Street
Richmond, VA
23219-0000

**Stephen E.
Dickerson**
Central VA Legal Aid
Society
Richmond, VA
23220-0000

**Steven Castro, DDS,**

**PC**
2930 West Hundred
Rd.
Chester, VA 23831-
0000

**Summit HealthCare**
1 Park West Circle
#202
Midlothian, VA
23114-0000

**Syncb/Belk**
Po Box 965028
Orlando, FL 32896-
0000

**Syncb/Jcp**
Po Box 965007
Orlando, FL 32896-
0000

**Syncb/Lowes**
Po Box 965005
Orlando, FL 32896-
0000

**Synter Resource
Group, LLC**
5395 Rivers Ave. Ste.
102
Charleston, SC
29406-6000

**Target Nb**
Po Box 673
Minneapolis, MN
55440-0000

**Thoracic Surgery
Assoc.**
P.O. Box 843356
Boston, MA 02284-
0000

**Thoracic Surgery
PC**
P. O. Box 14005
Richmond, VA

23225-0000

**Tonja C. Smith**

**Transworld Sys
Inc/38**
507 Prudential Rd
Horsham, PA 19044-
0000

**Treasurer
Chesterfield County**
PO Box 70
Chesterfield VA
23832

**United Consumers**
P.O. Box 4466
Woodbridge, VA
22194-4466

**Urgent Care
Northwest**
2708 Easy Hwy 78
Jasper, AL 35501-
0000

**Va Credit Union**
7500 Boulders View
Drive
Richmond, VA
23225-0000

**VCU Health
Systems**
P.O. Box 980462
Richmond, VA
23298-0462

**Violation Processing
Center**
P.O. Box 1234
Clifton Forge, VA
24422-0000

**Virginia Credit
Union**
P. O. Box 90010
Richmond, VA

23225-0000

**Virginia Credit
Union Reg. Agt**
Jane G. Watkins
P.O. Box 90010
Richmond, VA
23225-9010

**Virginia Credit
Union, Inc.**
PO Box 90010
Richmond, VA 23225

Creditor
committee          *Entity*

**Virginia South
Psychiatric**
& Family Services,
PC
269 Medical Park
Blvd.
Petersburg, VA 23805-
0000

**Virginia Tech
Veterinary Med**
800 Washington Street
SW
Blacksburg, VA
24061-0000

**Web Listings, Inc.**
1623 Military Road
#926
Niagara Falls, NY
14304-0000

**William & Fudge**
P.O. Box 266
Rock Hill, SC 29731-
0000

**Williams & Fudge,
Inc.**
P.O. Box 11590
Rock Hill, SC 29731-
0000

**Women's Surgery
Center**

2755 S Federal Hwy          **Yellow Pages United**          0000
Boynton Beach, FL           P.O. Box 53282
33435-0000                  Atlanta, GA 30355-